**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

TOMASA NEGRETE DE ALDACO,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 05-75232

Agency No. A034-602-755

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2010[**]

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Tomasa Negrete De Aldaco, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's ("IJ") deportation order. Our jurisdiction is governed by

8 U.S.C. § 1252. We dismiss the petition for review.

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to consider Negrete De Aldaco's contentions that the IJ violated her due process rights in denying her request for relief under former section 212(c), 8 U.S.C. § 1182(c) (repealed 1996), because she failed to exhaust them before the agency. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004) (generally requiring exhaustion of claims before the agency).

We also lack jurisdiction to review Negrete De Alco's contentions challenging the discretionary denial of her request for section 212(c) relief. *See* 8 U.S.C. § 1252(a)(2)(B); *Palma-Rojas v. INS*, 244 F.3d 1191, 1192 (9th Cir. 2001) (per curiam).

**PETITION FOR REVIEW DISMISSED.**